**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| GEORGE C. BANKS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-162 RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on movant's pro se motion for immediate release.

Movant is represented by counsel. So, he does not have a right to appear before

the Court pro se. *E.g.*, *United States v. Swinney*, 970 F.2d 494, 498 (8th Cir.

1992). As a result, the motion is denied.

**IT IS HEREBY ORDERED** that movant's pro se motion for immediate

release [ECF No. 10] is **DENIED**.

Dated this 12th day of October, 2016.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE